**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

**ANTHONY  J. FAILS,**
      **Petitioner,**

**v.**                                **3:10cv403/MCR/MD**

**UNITED STATES,**
      **Respondent.**
_____/

**O R D E R**

       **This cause comes on for consideration upon the magistrate judge's report and recommendation dated February 11, 2011.  The petitioner has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1), and I have made a <u>de novo</u> determination of those portions to which an objection has been made.**

       **Having considered the report and recommendation and all objections thereto timely filed, I have determined that the report and recommendation should be adopted.**

       **Accordingly, it is now ORDERED:**

       **1.**     **The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.**

       **2.**     **The petitioner's motion to proceed *in forma pauperis* (doc 5.) is DENIED.**

       **3.**     **This case is DISMISSED WITHOUT PREJUDICE for petitioner's failure to comply with an order of the court.**

       **4.**     **The clerk is directed to close the file.**

       **DONE AND ORDERED this 10th day of March, 2011.**

                        s/ *M. Casey Rodgers*
                        **M. CASEY RODGERS
UNITED STATES DISTRICT JUDGE**